UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANGELE SIRGO** | * | CIVIL ACTION NO. 2:23-cv-00801 |
| *Plaintiff* | * | |
| | * | SECTION "J"   DIV. 2 |
| **VERSUS** | * | |
| | * | JUDGE CARL J. BARBIER |
| **ALLIED TRUST INSURANCE COMPANY** | * | |
| | * | MAGISTRATE JUDGE |
| *Defendant* | * | DONNA PHILLIPS CURRAULT |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER OF FINAL DISMISSAL WITH PREJUDICE

Upon consideration of the foregoing Joint Motion to Dismiss (**Rec. Doc. 11**);

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Petition of **ANGELE SIRGO** and any and all claims by and between all parties, are hereby dismissed, with prejudice, each party to bear his or her own respective costs.

New Orleans, Louisiana this 7th_ day of December, 2023.

_____
HONORABLE CARL J. BARBIER, JUDGE
EASTERN DISTRICT OF LOUISIANA, SECTION "J"